UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br>　　　Plaintiff(s),<br>v.<br>KABUL, INC., et al.,<br>　　　Defendant(s). | Case No. 2:22-cv-00177-JAD-NJK<br>**Order**<br>[Docket No. 33] |

Pending before the Court is a motion to withdraw as counsel for Defendant Kabul, Inc. Docket No. 33. Any response to the motion must be filed by June 17, 2022. The Court hereby **SETS** a hearing on the motion for 3:00 p.m. on June 23, 2022, in Courtroom 3C. Withdrawing counsel and a corporate representative for Defendant Kabul, Inc. must appear personally at the hearing. To the extent Defendant Kabul, Inc. retains new counsel before the hearing, that counsel must also appear personally at the hearing. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

The Court reminds Defendant Kabul, Inc. that corporations are not permitted to proceed *pro se*. *See United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

Lastly, withdrawing counsel must serve a copy of this order on Defendant Kabul, Inc., and must file a proof of service by June 8, 2022.

IT IS SO ORDERED.

Dated: June 6, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1