# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| ADMIRAL INSURANCE COMPANY, | Case No. 2:22-cv-00177-CDS-NJK |
|---|---|
| Plaintiff(s), | **Order** |
| v. | [Docket No. 33] |
| KABUL, INC., et al., | |
| Defendant(s). | |

Due to conflicting duties of the Court, the hearing on the motion to withdraw as counsel for Defendant Kabul, Inc. is hereby **ADVANCED** in time only to 1:30 p.m. on June 23, 2022. Attorney Mitten must immediately provide notice of this order to Kabul, Inc.

IT IS SO ORDERED.

Dated: June 21, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1