# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>Plaintiff(s),<br><br>v.<br><br>KABUL, INC., et al.,<br><br>Defendant(s). | Case No. 2:22-cv-00177-CDS-NJK<br><br>**Order**<br><br>[Docket No. 38] |

Pending before the Court is Plaintiff Admiral Insurance Company's motion to appear by video at the hearing on Attorney Mitten's motion to withdraw as counsel for Defendant Kabul, Inc. Docket No. 38. For good cause shown, the motion to appear by video is **GRANTED** with respect to Admiral Insurance Company and its attorney.[1] Counsel for Admiral Insurance Company must immediately contact the undersigned's Courtroom Deputy (Ari Caytuero) to facilitate that appearance. Mr. Caytuero can be reached at (702) 464-5566.

IT IS SO ORDERED.

Dated: June 21, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] To be clear, a corporate representative for Kabul, Attorney Mitten, and any new counsel for Kabul must still appear at the hearing <u>in person</u>.

1