# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br>    Plaintiff(s),<br>v.<br>KABUL, INC., et al.,<br>    Defendant(s). | Case No. 2:22-cv-00177-CDS-NJK<br>**Order**<br>[Docket Nos. 33, 45] |

Pending before the Court is a motion to withdraw as attorney for Defendant Kabul, Inc. Docket No. 33. The Court's staff received a telephone call from the firm of Christensen Law indicating that it will be substituting as counsel for Defendant Kabul, Inc. A phone call to the Court is assuredly not the means for addressing this issue.[1] The Court hereby **DENIES** without prejudice the motion to withdraw as attorney. The hearing on that motion is also **VACATED**. No later than June 30, 2022, Defendant Kabul, Inc. must file a proper request to substitute attorneys.[2]

IT IS SO ORDERED.

Dated: June 23, 2022

                                                  Nancy J. Koppe
                                                United States Magistrate Judge

---

[1] Calling the Court a few hours before a hearing to indicate that counsel cannot attend that hearing to which he was ordered to appear, *see* Docket No. 34 at 1 ("To the extent Defendant Kabul, Inc. retains new counsel before the hearing, that counsel must also appear personally at the hearing"), is also not a proper means for seeking to be excused.

[2] The most recent request to appear telephonically, Docket No. 45, is **DENIED** as moot. Counsel for all parties are cautioned that, moving forward, such requests must be filed well in advance of a hearing, not on the eve of the hearing.