JOHN B. SHOOK, ESQ.
Nevada Bar No. 5499
**SHOOK & STONE, CHTD.**
710 South Fourth Street
Las Vegas, NV 89101
Office: (702) 385-2220

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>                    Plaintiffs,<br><br>v.<br><br>KABUL, INC. d/b/a FASTRIP FOOD STORE, DARRYL PETER ALEXANDER, JR., individually, TOMMY LYNCH, as ADMINISTRATOR for the ESTATE OF TAMMY LYNCH, and TOMMY LYNCH and APRIL BLACK, individually as heirs of TAMMY LYNCH,<br><br>                    Defendants. | Case No: 2:22-cv-00177-CDS-NJK<br><br>**MOTION TO REMOVE COUNSEL FROM ELECTRONIC SERVICE** |

PLEASE TAKE NOTICE that Robert L. English, Esq. is no longer associated with the law firm of Shook & Stone, Chtd. Please remove his name from the above-entitled matter. John B. Shook, Esq. with the law firm Shook & Stone, Chtd. will continue to represent Defendants, TOMMY LYNCH, as ADMINISTRATOR for the ESTATE OF TAMMY LYNCH, and TOMMY LYNCH and APRIL BLACK, individually as heirs of TAMMY LYNCH, in this matter.

/ / /

/ / /

/ / /

/ / /

1

|   |   |   |
|---|---|---|
| 1 | DATED: July 13, 2022 |   |
| 2 |   | **SHOOK & STONE, CHTD.** |
| 3 |   |   |
| 4 |   | */s/ John Shook, Esq.* |
|   |   | _____ |
| 5 |   | JOHN B. SHOOK, ESQ. |
|   |   | Nevada Bar No. 5499 |
| 6 |   | 710 South Fourth Street |
|   |   | Las Vegas, NV 89101 |
| 7 |   | Office: (702) 385-2220 |

IT IS SO ORDERED.
Dated:  July 14, 2022
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

2