TRACY A. DIFILLIPPO, ESQ.
Nevada Bar No. 7676
ARMSTRONG TEASDALE LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:  702.678.5070
Facsimile:  702.878.9995
tdifillippo@atllp.com

*Attorneys for Plaintiff*
*Admiral Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY, | Case No.: 2:22-cv-00177-~~JAD~~-NJK  CDS |
| Plaintiff | |
| vs. | **STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE OPPOSITIONS AND REPLIES TO MOTIONS FOR SUMMARY JUDGMENT (ECF NO. 76, 79 AND DEFENDANTS' MOTION FILED UNDER SEAL) AND TO FILE REPLIES TO MOTION TO STRIKE (ECF NO. 72 AND 73)** |
| KABUL, INC. d/b/a FASTRIP PWC RENTALS, KABUL, INC. d/b/a FASTRIP FOOD STORE, DARRYL PETER ALEXANDER, JR., individually, TOMMY LYNCH, as ADMINISTRATOR for the ESTATE OF TAMMY LYNCH, and TOMMY LYNCH and APRIL BLACK, individually as heirs of TAMMY LYNCH | |
| Defendants | |
| KABUL, INC dba FASTRIP PWC and FASTRIP FOOD STORE, | |
| Third-Party Plaintiff | |
| v. | |
| GREGG EIDSNESS FARM BUREAU FINANCIAL SERVICES, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Third-Party Defendant | |
| AND ALL RELATED CLAIMS | |

The parties, by and through their respective counsel, hereby stipulate and agree, subject to this

Court's approval, to extend the deadline for the parties to file their oppositions and replies to the

Motions for Summary Judgment filed herein (ECF 76, 79 and Defendants' Motion filed under Seal), and the Replies to the Motions to Strike (ECF No. 72 and 73).

Defendants Kabul, Inc. dba Fastrip PWC and Fastrip Store ("Kabul) and Darryl Alexander ("Alexander" and with Kabul "Defendants")) filed their Motion for Summary Judgment on Admiral Insurance Company's ("Admiral") Declaratory Relief Claim under seal on April 19, 2023.  Admiral's opposition to Defendants Motion for Summary Judgment is currently due May 10, 2023.

Admiral filed its Motion for Summary Judgment on its Declaratory Relief Claim on April 20, 2023.  Defendants' opposition to Admiral Motion for Summary Judgment is currently due on May 11, 2023.

Greg Eidsness Farm Bureau Financial Services ("Eidsness") filed its Motion for Summary Judgment on Kabuls' Third-Party Complaint on April 20, 2023.  Defendants' opposition to Eidsness' Motion for Summary Judgment is currently due on May 11, 2023.

Admiral filed its Motion to Strike Alexander's Answer and Counterclaim on April 12, 2023.  Alexander filed his opposition on May 3, 2023.  Admiral's reply is currently due on May 10, 2023.

Eidsness filed its Motion to Strike Alexander's Answer and Cross-Claim on April 12, 2023.  Alexander filed his opposition on May 3, 2023.  Eidsness' reply is currently due May 10, 2023.

The parties are working diligently on their oppositions and replies but due to scheduling conflicts need additional time.  Namely, Admiral's counsel has a two-week trial starting on May 15, 2023 and is currently preparing for said trial.  Counsel have agreed that since all the motions are related, they want the briefing completed together so the Court can address all motions at once, which will be judicially efficient.  Therefore, counsel propose the following schedule for the briefing on the motions:

- Admiral's Opposition to Defendants' Motion for Summary Judgment on Admiral Declaratory Relief Claim due May 31, 2023;
- Defendants' Opposition to Admiral's Motion for Summary Judgment on Admiral's Declaratory Relief Claim due June 1, 2023;
- Defendants' Opposition to Eidsness' Motion for Summary Judgment on Kabul's Third-Party Complaint due June 1, 2023;

- Admiral's Reply to Defendants' Opposition to Admiral Motion for Summary Judgment due June 8, 2023;
- Admiral's Reply to Alexander's Opposition to Motion to Strike due June 8, 2023;
- Defendants' Reply to Admiral's Opposition to Motion for Summary Judgment due June 8, 2023;
- Eidsness' Reply to Kabul's Opposition to Motion for Summary Judgment due June 8, 2023; and
- Eidsness' Reply to Alexander's Opposition to Motion to Strike due June 8, 2023.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    THEREFORE, the parties stipulate and request that the Court enter an order approving the

2    proposed briefing schedule for the opposition and replies to the Motions for Summary Judgment and

3    the Replies to the Motion to Strike as set forth above.

4    Dated this 10th day of May 2023.                     Dated this 10th day of May 2023.

5    SHOOK & STONE, CHTD                                   CHRISTENSEN LAW OFFICES

6    By:    /s/ John B. Shook                              By:    /s/ Thomas Christensen
           John B. Shook, Esq.                                    Thomas Christensen, Esq.
7          Nevada Bar No. 5499                                    Nevada Bar No. 2326
           710 South Fourth Street                               Dawn Allysa Hooker
8          Las Vegas, NV 89101                                    Nevada Bar No. 7019
                                                                  1000 south Valley View Blvd., Suite P
9    Attorneys for Defendants Lynch                              Las Vegas, NV 89107

10                                                         Attorneys for Defendants/Third-Party
                                                           Plaintiff/Counterclaimant and Cross-Claimant
11                                                         Kabul and Alexander

12   Dated this 10th day of May 2023.                     Dated this 10th day of May 2023.

13   ARMSTRONG TEASDALE LLP                                GORDAN REES SCULLY MANSUKHANI, LLP

14   By:    /s/ Tracy A. DiFillippo                       By:    /s/ Chad A. Harrison
           TRACY A. DIFILLIPPO, ESQ.                             Chad A. Harrison, Esq.
15         Nevada Bar No. 7676                                    Nevada Bar No. 13888
           Armstrong Teasdale LLP                                 300 South 4th Street, Suite 1550
16         7160 Rafael Rivera Way, Suite 320                      Las Vegas, NV 89101
           Las Vegas, Nevada 89113
17         Telephone:  702.678.5070                       Attorneys for Third-Party Defendant/ Cross-
           Facsimile:  702.878.9995                       Defendant Gregg Eidsness Farm Bureau Financial
18         tdifillippo@atllp.com                          Services

19   Attorneys for Plaintiff/Counterdefendant
     Admiral Insurance Company
20

21
                                              **ORDER**
22
                                       IT IS SO ORDERED:
23

24
                                       _____
25                                     United States District Judge

26                                     Dated:  __May 10, 2023_____

27        This case is assigned to Judge Cristina D. Silva. All documents must bear the correct case

28   number: **2:22-cv-00177-CDS-NJK**. See ECF No. 26.