Thomas F. Christensen, Esq.
Nevada Bar #2326
Christensen Law Offices, LLC
1000 S. Valley View Blvd.
Las Vegas, NV 89107
T:702-870-1000
courtnotices@injuryhelpnow.com
*Attorneys for Defendant Alexander*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ADMIRAL INSURANCE COMPANY,

　　　　　　Plaintiff

vs.

KABUL, INC., et al.,

　　　　　　Defendants

Case No.: 2:22-cv-00177-CDS-NJK

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES TO RESPOND TO MOTION TO STRIKE (ECF 72) AND MOTION TO STRIKE (ECF 73)  First Request**

[ECF No. 80]

Pursuant to Local Rules IA 6-1, 6-2 and LR 7-1, the undersigned counsel of record hereby jointly move to extend the time for filing of Responses to 1) Plaintiff Admiral Insurance Company's Motion to Strike Answer and Counterclaim Against Admiral Insurance Company, or in the Alternative Motion to Dismiss (ECF 72); and, 2) Third Party Defendant Gregg Eidsness Farm Bureau Financial Services' Motion to Strike Darryl Alexander's Answer and Cross-Claim Against Gregg Eidsness Farm Bureau Financial Services, or in the Alternative Motion to Dismiss (ECF 73). Both of said Motions were filed on April 12, 2023 and without extension, Responses are due April 26, 2023.

1

The reasons for the extension include scheduling issues preventing Kabuls' counsel from having time to evaluate responses and that the parties are discussing alternate ways to resolve this particular issue. The parties may be able to enter a further stipulation which would result in a more efficient processing of the case. Therefore, the parties are working together to streamline issues in the interest of judicial economy. This is the first request to extend time related to the pending Motions. The Motions have not been scheduled for hearing. The parties hereto agree that Kabul and Alexander's Responses to the Motions to Strike will be filed on or before May 3, 2023. Replies would then be due on or before May 10, 2023.

CHRISTENSEN LAW OFFICES
/s/Thomas Christensen
THOMAS F. CHRISTENSEN, ESQ.
1000 S. Valley View Blvd.
Las Vegas, NV 89107
T: 702-870-1000
courtnotices@injuryhelpnow.com
Attorney for KABUL & Alexander

ARMSTRONG TEASDALE, LLP
/s/Tracy DiFillippo
TRACY DIFILLIPPO, ESQ.
Nevada Bar No.7676
7160 Rafael Rivera Way, Suite 320
Las Vegas, NV 89113
tdifillippo@atllp.com
Attorney for Admiral Insurance

Dated this 26th day of April, 2023.

GORDON REES SCULLY MANSUKHANI

/s/Chad Harrison
CHAD HARRISON, ESQ.
Nevada Bar 13888
300 S. Fourth Street, Suite 1550
Las Vegas, NV 89101
charrison@grsm.com
Attorney for Gregg Eidsness Farm Bureau

## ORDER

IT IS THEREFORE ORDERED that the joint motion to extend deadlines to respond to motion to strike and motion to strike [ECF No. 80] is GRANTED, nunc pro tunc to the date of the request.

_____
UNITED STATES DISTRICT JUDGE
Dated: May 23, 2023

Although the stipulation is approved, counsel is reminded to consult and adhere to this district's local rules in the future, including the requirement that a "signature block must not begin on a separate page." LR IA 6-2.