UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br>　　　Plaintiff(s),<br>v.<br>KABUL, INC., et al.,<br>　　　Defendant(s). | Case No. 2:22-cv-00177-CDS-NJK<br>**Order**<br>[Docket No. 104] |

Pending before the Court is third-party defendant RSG's demand for security of cost bond. Docket No. 104. Alexander filed a response. Docket No. 109. RSG filed a reply. Docket No. 111. The Court does not require a hearing. *See* Local Rule 78-1.

Alexander claims he cannot afford to make a security of cost bond. *See* Docket No. 109 at 2. The caselaw makes clear that indigence is a basis to avoid a security of cost bond within this District, but only upon filing an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. *Arrambide v. St. Mary's Hosp., Inc.*, 647 F. Supp. 1148, 1149 (D. Nev. 1986) ("if plaintiff is in fact indigent, he must demonstrate this in detail by affidavit").

Accordingly, the demand for security of cost bond is **GRANTED** in that Alexander must post the security for costs unless he establishes that he should be allowed to proceed *in forma pauperis*. To that end, Alexander must either (1) file an application to proceed *in forma pauperis* by August 10, 2023, or (2) post security for costs by August 17, 2023.

IT IS SO ORDERED.

Dated: August 3, 2023

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1