TRACY A. DIFILLIPPO, ESQ.
Nevada Bar No. 7676
MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone: 702.678.5070
Facsimile: 702.878.9995
tdifillippo@atllp.com
malarie@atllp.com

*Attorneys for Plaintiff Admiral Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>KABUL, INC. d/b/a FASTRIP PWC RENTALS, KABUL, INC. d/b/a FASTRIP FOOD STORE, DARRYL PETER ALEXANDER, JR., individually, TOMMY LYNCH, as ADMINISTRATOR for the ESTATE OF TAMMY LYNCH, and TOMMY LYNCH and APRIL BLACK, individually as heirs of TAMMY LYNCH<br><br>Defendants. | Case No.: 2:22-cv-00177-JAD-NJK<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST** |
| KABUL, INC dba FASTRIP PWC and FASTRIP FOOD STORE,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>GREGG EIDSNESS FARM BUREAU FINANCIAL SERVICES, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Third-Party Defendant | |
| AND ALL RELATED CLAIMS | |

1

Pursuant to LR IA 11-6(b), Michelle D. Alarie, Esq. notifies this Court, counsel, and parties that effective August 15, 2023, she will no longer be associated or affiliated with the law firm Armstrong Teasdale LLP, and, therefore moves this Court to withdraw as counsel for Plaintiff Admiral Insurance Company, and further requests to be removed from the Court's CM/ECF electronic service list with respect to this case. Tracy A. DiFillippo, Esq. of the law firm Armstrong Teasdale LLP will remain counsel of record for Admiral Insurance Company. Counsel are requested to update service lists accordingly.

Dated this 11th day of August, 2023.

ARMSTRONG TEASDALE LLP

By: /s/ Michelle D. Alarie
TRACY A. DIFILLIPPO, ESQ.
Nevada Bar No. 7676
MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113

*Attorneys for Plaintiff Admiral Insurance Company*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: August 14, 2023