Thomas F. Christensen, Esq.
Nevada Bar #2326
Christensen Law Offices, LLC
1000 S. Valley View Blvd.
Las Vegas, NV 89107
T:702-870-1000
courtnotices@injuryhelpnow.com
*Attorneys for Defendant Alexander*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>　　　　Plaintiff<br><br>vs.<br><br>KABUL, INC. d/b/a FASTRIP PWC RENTALS, KABUL, INC. d/b/a FASTRIP FOOD STORE, DARRYL PETER ALEXANDER, JR., TOMMY LYNCH, as Administrator for the Estate of TAMMY LYNCH, and TOMMY LYNCH, APRIL BLACK, as Heirs of TAMMY LYNCH,<br><br>　　　　Defendants | Case No.:<br>2:22-cv-00177-CDS-NJK<br><br>**JOINT MOTION TO EXTEND DEADLINES TO RESPOND TO MOTION TO DISMISS (ECF 117) AND MOTION TO STRIKE (ECF 118)**<br><br>**First Request** |
| KABUL, INC., dba FASTRIP PWC and FASTRIP FOOD STORE,<br>　　　　Third Party Plaintiff<br>v.<br><br>GREGG EIDSNESS FARM BUREAU FINANCIAL SERVICES, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br>　　　　Third Party Defendants | |

　　　　Pursuant to Local Rules IA 6-1, 6-2 and LR 7-1, the undersigned counsel of record hereby jointly move to extend the time for filing of Responses to 1) Third Party Defendant RSG

1

Specialty, LLC's Motion to Dismiss (ECF 117); and, 2) Third Party Defendant RSG Specialty, LLC's Motion to Strike (ECF 118). Both of said Motions were filed on August 25, 2023 and without extension responses are dueAugust 8, 2023.  Additionally, counsel agree to extend the time for the Replies in Support of said Motions.

The reasons for the extension include scheduling issues wherein Kabuls' counsel has been out of town and having limited internet connectivity.  Additionally, after the Responses are filed, counsel for RSG Specialty has an extraordinarily busy schedule approaching and will need additional time for the replies.  This is the first request to extend time related to the pending Motions. The Motions have not been scheduled for hearing. The parties hereto agree that Kabul and Alexander's Responses to the Motions to Dismiss and Strike will be filed on or before September 15, 2023. Replies would then be due on or before September 29, 2023.

| | |
|---|---|
| CHRISTENSEN LAW OFFICES<br> _/s/Thomas Christensen_____<br>THOMAS F. CHRISTENSEN, ESQ.<br>1000 S. Valley View Blvd.<br>Las Vegas, NV 89107<br>T: 702-870-1000<br>courtnotices@injuryhelpnow.com<br>Attorney for KABUL & Alexander | Dated this 8th day of September, 2023. |

HALL, PRANGLE SCHOONVELD, LLC
  __/s/Nathan Reinmiller_____
NATHAN REINMILLER, ESQ.
Nevada Bar No. 6793
1140 North Town Center Drive #350
Las Vegas, NV 89144
nreinmiller@HPSLAW.com
Attorney for RSG Specialty, LLC

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: September 12, 2023

2