```
1  KEVIN R. STOLWORTHY, ESQ.
   Nevada Bar No.: 2798
2  TRACY A. DIFILLIPPO, ESQ.
   Nevada Bar No. 7676
3  BRANDON P. JOHANSSON, ESQ.
   Nevada Bar No. 12003
4  ARMSTRONG TEASDALE LLP
   7160 Rafael Rivera Way, Suite 320
5  Las Vegas, Nevada 89113
   Telephone:  702.678.5070
6  Facsimile:  702.878.9995
   kstolworthy@atllp.com
7  tdifillippo@atllp.com
   bjohansson@atllp.com
8
   Attorneys for Plaintiff
9  Admiral Insurance Company
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>Plaintiff<br><br>vs.<br><br>KABUL, INC. d/b/a FASTRIP PWC RENTALS, KABUL, INC. d/b/a FASTRIP FOOD STORE, DARRYL PETER ALEXANDER, JR., individually, TOMMY LYNCH, as ADMINISTRATOR for the ESTATE OF TAMMY LYNCH, and TOMMY LYNCH and APRIL BLACK, individually as heirs of TAMMY LYNCH<br><br>Defendants<br><br>KABUL, INC dba FASTRIP PWC and FASTRIP FOOD STORE,<br><br>Third-Party Plaintiff<br><br>v.<br><br>GREGG EIDSNESS FARM BUREAU FINANCIAL SERVICES, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Third-Party Defendant<br><br>AND ALL RELATED CLAIMS | Case No.: 2:22-cv-00177-~~JAD~~-NJK  **CDS**<br><br>**Order Approving STIPULATION TO EXTEND THE DEADLINE TO FILE JOINT STATUS REPORT**<br><br>**[ECF No. 164]**<br><br>Counsel is advised that this matter was reassigned to Judge Cristina D. Silva in April of 2022. ECF No. 26. All documents must bear the correct case number. *Id.* |

1  The parties, by and through their respective counsel, hereby stipulate and agree, subject to this Court's approval, to extend the deadline to file the Joint Status Report currently due January 14, 2025, pursuant to the Court Minute Order filed November 11, 2024 (ECF No. 154).

Due to Admiral's lead counsel, Tracy DiFillippo, recently being admitted to the hospital due to a serious medical condition, the parties request a two-week extension (until January 28, 2025) to submit the Joint Status Report so that additional counsel can be brought onto the case.

/ / /

///

///

///

///

///

///

///

///

///

/ / /

THEREFORE, the parties stipulate and request that the Court enter an order approving the proposed extension to file the Joint Status Report as set forth above.

Dated this 14th day of January 2025.

CHRISTENSEN LAW OFFICES

By: /s/ Dawn A. Hooker
    THOMAS CHRISTENSEN, ESQ.
    Nevada Bar No. 2326
    DAWN A. HOOKER, ESQ.
    Nevada Bar No. 7019
    1000 South Valley View Blvd., Suite P
    Las Vegas, NV 89107

*Attorneys for Defendants/Third-Party Plaintiff/Counterclaimant and Cross-Claimant Kabul and Alexander*

Dated this 14th day of January 2025.

ARMSTRONG TEASDALE LLP

By: /s/ Kevin R. Stolworthy
    KEVIN R. STOLWORTHY, ESQ.
    Nevada Bar No.: 2798
    TRACY A. DIFILLIPPO, ESQ.
    Nevada Bar No. 7676
    BRANDON P. JOHANSSON, ESQ.
    Nevada Bar No. 12003
    7160 Rafael Rivera Way, Suite 320
    Las Vegas, NV 89113

*Attorneys for Plaintiff/Counterdefendant Admiral Insurance Company*

Dated this 14th day of January 2025.

GORDAN REES SCULLY MANSUKHANI, LLP

By: /s/ Robert E. Schumacher
    ROBERT E. SCHUMACHER, ESQ.
    Nevada Bar No. 7504
    CHAD A. HARRISON, ESQ.
    Nevada Bar No. 13888
    300 South 4th Street, Suite 1550
    Las Vegas, NV 89101

*Attorneys for Third-Party Defendant/ Cross-Defendant Gregg Eidsness Farm Bureau Financial Services*

## **ORDER**

Based on the parties' stipulation, the deadline to submit a joint status report is extended to January 28, 2025.

_____
United States District Judge

Dated: January 16, 2025