Thomas F. Christensen, Esq.
Nevada Bar #2326
Christensen Law Offices, LLC
1000 S. Valley View Blvd.
Las Vegas, NV 89107
T:702-870-1000
courtnotices@injuryhelpnow.com
*Attorneys for Defts Kabul & Alexander*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>                    Plaintiff<br>vs.<br>KABUL, INC. d/b/a FASTRIP PWC RENTALS, KABUL, INC. d/b/a FASTRIP FOOD STORE, DARRYL PETER ALEXANDER, JR., TOMMY LYNCH, as Administrator for the Estate of TAMMY LYNCH, and TOMMY LYNCH, APRIL BLACK, as Heirs of TAMMY LYNCH,<br><br>                    Defendants | Case No.: 2:22-cv-00177-CDS-NJK<br><br>**OrderApproving STIPULATION TO EXTEND THE DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF JURISDICTION**<br><br>**[ECF No. 163]** |
| KABUL, INC., dba FASTRIP PWC and FASTRIP FOOD STORE,<br>                    Third Party Plaintiff<br>v.<br>GREGG EIDSNESS FARM BUREAU FINANCIAL SERVICES, DOES I through X, inclusive; and ROE CORPORATIONS I through<br>X, inclusive,<br>                    Third Party Defendants | |

.

1

The parties hereto, by and through their respective counsel, hereby stipulate and agree, subject to this Court's approval, to extend the deadline for Kabul to file its Reply in support of its Motion to Dismiss for Lack of Jurisdiction filed herein. (ECF 159) Admiral Insurance Company ("Admiral") filed its Opposition to the Motion to Dismiss on January 7, 2025 (ECF 161). Kabul, Inc. dba Fastrip PWC and Fastrip Store ("Kabul") therefore currently has a deadline of January 14, 2025 for the Reply in support of the Motion to Dismiss. However, Admiral's lead counsel has recently fallen ill and requested that other deadlines in this case and the related case (2:24-cv-02060-GMN-MDC), be extended to allow Admiral time to get alternate counsel involved and up to speed. In the interest of judicial efficiency and the litigants' efficiency, the parties are therefore working together cooperatively to reschedule dates and believe that extending the Reply due date in this case to be synchronous to the agreed up on Reply deadline in the related case makes the most sense.

THEREFORE, the parties stipulate and request that the Court enter an order approving the proposed extension for Kabul to file its Reply in Support of the Motion to Dismiss on or before February 10, 2025.

Dated this 14th day of January, 2025.

| CHRISTENSEN LAW OFFICES, LLC | ARMSTRONG TEASDALE LLP |
|---|---|
| BY: /s/Thomas Christensen<br>THOMAS CHRISTENSEN, ESQ.<br>Nevada Bar No. 2326<br>1000 S. Valley View Blvd.<br>Las Vegas, Nevada 89107<br>courtnotices@injuryhelpnow.com | By: /s/ Kevin R. Stolworthy<br>KEVIN R. STOLWORTHY<br>TRACY A. DIFILLIPPO, ESQ.<br>Nevada Bar No. 7676<br>7160 Rafael Rivera Way, Suite 320<br>Las Vegas, Nevada 89113 Telephone: 702.678.5070 Facsimile: 702.878.9995 tdifillippo@atllp.com |

Based on the parties' stipulation, the deadline for Kabul to file its reply in support of the motion to dismiss is extended to February 10, 2025.

Dated: January 16, 2025

_____
Cristina D. Silva
United States District Judge

2