Thomas F. Christensen, Esq.
Nevada Bar #2326
Christensen Law Offices, LLC
1000 S. Valley View Blvd.
Las Vegas, NV 89107
T:702-870-1000
courtnotices@injuryhelpnow.com
*Attorneys for Defts Kabul & Alexander*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>Plaintiff<br><br>vs.<br><br>KABUL, INC. d/b/a FASTRIP PWC RENTALS, KABUL, INC. d/b/a FASTRIP FOOD STORE, DARRYL PETER ALEXANDER, JR.,<br><br>Defendants | Case No.: 2:22-cv-00177-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR OPPOSITION TO MOTION FOR CERTIFICATION OF SEPARATE AND FINAL JUDGMENT (ECF#179) (First Request)**<br><br>[ECF No. 180] |
| KABUL, INC., dba FASTRIP PWC and FASTRIP FOOD STORE,<br><br>Third Party Plaintiff<br><br>v.<br><br>GREGG EIDSNESS FARM BUREAU FINANCIAL SERVICES,<br><br>Third Party Defendant | |

And all related cross actions

.

**1**

The parties hereto, by and through their respective counsel, hereby stipulate and agree, subject to this Court's approval, to extend the deadline for Kabul to file its Opposition to the Motion for Certification of Separate and Final Judgment that was filed by Admiral Insurance Company ("Admiral") on April 7, 2025 (*ECF No. 179*). The Opposition was due on April 21, 2025 and this is the First Requested Extension. Due to personal family emergency circumstances of Plaintiff's counsel, and excusable neglect caused thereby, additional time is necessary. Therefore, the parties hereto stipulate to an extension and agree that Kabul's Opposition may be filed on or before April 25, 2025.

Dated this 22nd day of April, 2025.

| | |
|---|---|
| CHRISTENSEN LAW OFFICES, LLC<br>BY: */s/Thomas Christensen*<br>THOMAS CHRISTENSEN, ESQ.<br>Nevada Bar No. 2326<br>1000 S. Valley View Blvd.<br>Las Vegas, Nevada 89107<br>courtnotices@injuryhelpnow.com | ARMSTRONG TEASDALE LLP<br>By: */s/Brandon P. Johansson*<br>KEVIN R. STOLWORTHY Nevada Bar No. 2798<br>BRANDON P. JOHANSSON<br>Nevada Bar No. 12003<br>Armstrong Teasdale LLP<br>7160 Rafael Rivera Way, Suite 320<br>Las Vegas, Nevada 89113<br>Telephone: 702.678.5070<br>Facsimile: 702.878.9995<br>kstolworthy@atllp.com |

Based on the parties' stipulation, it is ordered that the deadline for Kabul to file a response to Admiral Insurance's motion for judgment is extended to April 25, 2025.

Dated: April 24, 2025

_____
Cristina D. Silva
United States District Judge

.

2