KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
BRANDON P. JOHANSSON, ESQ.
Nevada Bar No. 12003
TREY A. ROTHELL, ESQ.
Nevada Bar No. 15993
DENTONS DURHAM JONES PINEGAR P.C.
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
kevin.stolworthy@dentons.com
brandon.johansson@dentons.com
trey.rothell@dentons.com

JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
jgarin@garinlawgroup.com

*Attorneys for Admiral Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KABUL, INC. d/b/a FASTRIP PWC RENTALS, *et al.*,<br><br>　　　　Defendants.<br><br>KABUL, INC dba FASTRIP PWC and FASTRIP FOOD STORE,<br><br>　　　　Third Party Plaintiffs,<br><br>vs.<br><br>GREGG EIDSNESS FARM BUREAU FINANCIAL SERVICES, *et al.*,<br><br>　　　　Third Party Defendants. | Case No.: 2:22-cv-00177-CDS-NJK<br><br>**ATTORNEY KEVIN R. STOLWORTHY'S MOTION TO WITHDRAWAL AS COUNSEL FOR ADMIRAL INSURANCE COMPANY** |

　　　　Pursuant to LR IA 11-6, Attorney Kevin R. Stolworthy seeks leave to withdraw as counsel for Admiral Insurance Company ("Admiral") in this action.

1

SL_8068373.1

1  There is good cause to grant the requested relief. Attorney Stolworthy requests for leave to
2  withdraw from this matter due to him being made a party by the assertion of claims brought against
3  him personally by Defendant Kabul, Inc., for the limited work he performed on this matter as legal
4  counsel. *See* Answer and Counter/Cross/Third Party Claims, *Admiral Insurance Company v.*
5  *Kabul Inc., et al.*, Case No. 2:24-cv-2060-GMN-MDC, U.S. District Court for the District of
6  Nevada, at ECF No. 33 (Jun. 10, 2025); *see also* Complaint*, Kabul Inc. v. Admiral Insurance*
7  *Company, et al.*, Case No. A-25-920666-C, Eighth Judicial District Court for Clark County,
8  Nevada (Jun. 8, 2025).

9  Admiral will continue to be represented in this matter by Attorneys Brandon P. Johansson
10 and Trey A. Rothell of Dentons Durham Jones Pinegar P.C., and by Attorney Joseph P. Garin of
11 Garin Law Group. Admiral may continue to be served through these remaining attorneys at the
12 addresses appearing on these papers. Allowing Attorney Stolworthy's withdrawal will not result
13 in the delay of discovery, the trial, or any hearing in this case.

14 WHEREFORE, Attorney Stolworthy respectfully requests that the Court grant this Motion
15 and allow him to withdraw from representing Admiral Insurance Company in this action.

Dated: July 23, 2025.    DENTONS DURHAM JONES PINEGAR P.C.

By: */s/ Kevin R. Stolworthy*
    KEVIN R. STOLWORTHY, ESQ.
    Nevada Bar No. 2798
    BRANDON P. JOHANSSON, ESQ.
    Nevada Bar No. 12003
    TREY A. ROTHELL, ESQ.
    Nevada Bar No. 15993

    GARIN LAW GROUP
    JOSEPH P. GARIN, ESQ.
    Nevada Bar No. 6653

*Attorneys for Admiral Insurance Company*

IT IS SO ORDERED.
Dated: July 24, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

2

SL_8068373.1