AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Admiral Insurance Company,

                    Plaintiff,

v.

Kabul, Inc. et al.,

                    Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-00177-CDS-NJK

\_\_\_  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered in favor of Plaintiff, Admiral Insurance Company, and against Defendant, Kabul, Inc.

01/08/2026
Date

DEBRA K. KEMPI
Clerk

/s/ RJDG
Deputy Clerk