BRADLEY G. TAYLOR, ESQ.
Nevada Bar No. 13778
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone:  (702) 577-9300
Direct Line: (702) 577-9341
Facsimile:  (702) 255-2858
E-Mail:  btaylor@grsm.com

*Attorneys for Third-Party Defendant,*
*GREGG EIDSNESS FARM BUREAU FINANCIAL SERVICES*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>KABUL, INC. d/b/a FASTRIP PWC RENTALS, KABUL INC., d/b/a FASTRIP FOOD STORE DARRYL PETER ALEXANDER, JR., individually, TOMMY LYNCH, as ADMINISTRATOR for the ESTATE OF TAMMY LYNCH, and TOMMY LYNCH and APRIL BLACK, individually as heirs of TAMMY BLACK,<br><br>  Defendants. | CASE NO.  2:22-cv-00177-CDS-NJK<br><br><br>**MOTION TO REMOVE ATTORNEYS ROBERT E. SCHUMACHER, ESQ., AMBER L. WHITE-DAVIDSON, ESQ. AND HENRY H. KIM, ESQ. FROM THE E-SERVICE LIST** |
| KABUL, INC. d/b/a FASTRIP PWC and FASTRIP FOOD STORE,<br><br>  Third-Party Plaintiff<br><br>vs.<br><br>GREGG EIDSNESS FARM BUREAU FINANCIAL SERVICES, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive<br><br>  Third-Party Defendant | |
| DARRYL ALEXANDER | |

Margin (vertical): Gordon Rees Scully Mansukhani, LLP   300 S. 4th Street, Suite 1550   Las Vegas, NV 89101

**Gordon Rees Scully Mansukhani, LLP**
**300 S. 4th Street, Suite 1550**
**Las Vegas, NV 89101**

|  |  |
|---|---|
| Counter/Cross Claimant, | ) |
| v. | ) |
|  | ) |
| ADMIRAL INSURANCE COMPANY, | ) |
|  | ) |
| Counter Defendant, | ) |
|  | ) |
| And | ) |
|  | ) |
| GREGG EIDSNESS FARM BUREAU FINANCIAL SERVICES, NATIONWIDE BROKERAGE SOLUTIONS, RSG SPECIALTY, LLC, | ) ) ) ) |
|  | ) |
| Cross Defendants | ) |
|  | ) |
| And DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | ) ) ) |
|  | ) |
| Counter/Cross Defendants | ) |
|  | ) |

**<u>MOTION TO REMOVE ATTORNEYS ROBERT E. SCHUMACHER, ESQ., AMBER WHITE-DAVIDSON, ESQ. AND HENRY H. KIM, ESQ. FROM THE E-SERVICE LIST</u>**

Pursuant to Local Rule IA 11-6, GORDON REES SCULLY MANSUKHANI, LLP, respectfully moves the court for an Order removing attorneys Robert E. Schumacher, Esq. (Nevada Bar No. 7504), Amber L. White-Davidson, Esq. (Nevada Bar No. 11739), and Henry H. Kim, Esq. (Nevada Bar No. 14390), from this case. Bradley G. Taylor, Esq. (Nevada Bar No. 13778) of GORDON REES SCULLY MANSUKHANI, LLP will remail counsel of record for Third-Party Defendant Gregg Eidsness Farm Bureau Financial Services.

Robert E. Schumacher, Amber L. White-Davidson and Henry H. Kim's removal from the service list should not delay these proceedings as GORDON REES SCULLY MANSUKHANI, LLP remains counsel for record for Third-Party Defendant Gregg Eidsness Farm Bureau Financial Services.

///

///

///

Accordingly, there is good cause to justify granting Robert E. Schumacher, Amber L. White-Davidson and Henry H. Kim's removal from the electronic service list in this case.

DATED this 5th day of February, 2026.

**GORDON REES SCULLY MANSUKHANI LLP**

*/s/ Bradley G. Taylor*
BRADLEY G. TAYLOR, ESQ.
Nevada Bar No. 13778
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
***Attorneys for Third-Party Defendant,
GREGG EIDSNESS FARM BUREAU
FINANCIAL SERVICES***

IT IS SO ORDERED.
Dated:  February 6, 2026
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101